IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-cr-00170-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH WAYNE COOK,

    Defendant.

**ORDER**

Defendant Kenneth Wayne Cook moves to continue the filing deadlines, trial preparation conference and trial scheduled in this matter, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), (iv). Based on Cook's assertions in his written motion and those made by the parties during the May 23, 2007, hearing, this court finds that the ends of justice served by granting a continuance in this matter outweigh the best interests of the public and the defendant in a speedy trial.

Although the court concludes that this case is neither unusual nor complex, the court finds that defense counsel, exercising due diligence, requires an additional forty-five days to investigate the Government's case, including interviewing witnesses and reviewing discovery, before

1

explaining the options available to Defendant Cook.  In particular, defense counsel needs this additional time to locate a potentially exculpatory witness, and to locate and interview several other witnesses who may have been present at the time of Cook's arrest

These facts convince this court that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial, as required by § 3161(h)(8)(A).  The defendant's motion to continue is therefore GRANTED pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and the period of continuance shall be excluded in computing the time within which trial must occur under 18 U.S.C. § 3161(c)(1), and in computing the time limitation upon detention of the defendant under 18 U.S.C. § 3164(b).

Trial in this matter remains a four-day jury trial on the docket of Judge David M. Ebel in the U.S. District Courthouse Courtroom C201, 2d Floor (Byron G. Rogers Courthouse), 1961 Stout Street, Denver, Colorado, and is continued until Monday, August 6, 2007, to begin at 9:00 a.m.  The parties' revised deadline for filing pretrial motions is June 8, 2007; any responses to those motions are due June 15, 2007.  The Final Trial Preparation Conference will take place on July 24, 2007, at 10:00 a.m.  Pursuant to Local Rule D.C.Colo.LCrR 11.1, any Notice of Disposition shall be filed no later than fourteen days before the revised

trial date.  Jury instructions must be filed and served at least one week prior to the Final Trial Preparation Conference.

IT IS SO ORDERED.

DATED:   May 23, 2007

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge