IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  07-cr-00170-DME

UNITED STATES OF AMERICA,

     Plaintiff,

v.

KENNETH WAYNE COOK,
     a/k/a Kenneth Cook,
     a/k/a Kenneth Wayne Cook, Jr.

     Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

A Notice of Disposition was filed in the above matter on July 12, 2007.  A Change of Plea hearing is set for **August 15, 2007, at 2:00 p.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on two days before the hearing date.** <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **<u>The original and one copy</u> of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u> (***see*** D.C.COLO.LCrR 11.1F).**  In light of this Change of Plea hearing,

1

IT IS FURTHER ORDERED that the Final Trial Preparation Conference set for July 24, 2007, and the 4-day jury trial in this matter, set to commence August 6, 2007, are VACATED.

DATED: July 20, 2007.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge