# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release) |
| v. | Case Number:  07-cr-00170-DME-01 |
| KENNETH WAYNE COOK<br>Kenneth Cook<br>Kenneth Wayne Cook, Jr. | USM Number:  34954-013<br>Neil E. MacFarlane<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Follow the Instructions of the Probation Officer | 06/17/2015 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

July 9, 2015
Date of Imposition of Judgment

*s/ Dav id M. Ebel*
Signature of Judge

David M. Ebel, Senior U.S. Circuit Judge
Name & Title of Judge

July 13, 2015
Date

DEFENDANT:  KENNETH WAYNE COOK
CASE NUMBER:  07-cr-00170-DME-01                                        Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Excessive Use of Alcohol | 06/17/2015 |
| 3 | Failure to Reside In/Comply with Rules of Residential Reentry Center (RRC) | 06/18/2015 |
| 4 | Possession and Use of a Controlled Substance | 06/18/2015 |

DEFENDANT:  KENNETH WAYNE COOK
CASE NUMBER:  07-cr-00170-DME-01                                                               Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months and one (1) day.

The Court recommends that the Bureau of Prisons credit the defendant with 17 days presentence confinement, and that the defendant be incarcerated locally.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal